No. 372. HARVEY *v.* CITY OF ST. PETERSBURG. October 23, 1939. Petition for writ of certiorari to the

Supreme Court of Florida denied for the want of a final judgment. *Mr. C. I. Carey* for petitioner. *Mr. Erle B. Askew* for respondent.